IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, | No. C 06-03784 SBA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LEWIS BIDWELL, | |
| Defendant. | |

This Court has been notified that one or more parties in this action has filed a claim before the United States Bankruptcy Court, and that an automatic stay has been entered. Accordingly,

IT IS HEREBY ORDERED that is case is closed for statistical purposes only.

Upon written application by any party, this case shall be re-opened and restored to the active civil calendar.

Dated: 9/18/06

SAUNDRA BROWN ARMSTRONG
United States District Judge